requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1976. IN RE DISBARMENT OF KALYVAS. James T. Kalyvas, of Sarasota, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1977. IN RE DISBARMENT OF PRIAMOS. Paul Duane Priamos, of Cerritos, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1978. IN RE DISBARMENT OF BRIDGE. Winston J. Bridge, of North Port, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1979. IN RE DISBARMENT OF POST. Alan Franklyn Post, of Bethesda, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1980. IN RE DISBARMENT OF FOLEY. Thomas M. Foley, of Honolulu, Haw., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1981. IN RE DISBARMENT OF UTTERBACK. Thomas Michael Utterback, of Leslie, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1982. IN RE DISBARMENT OF MOORE. Linsey Moore, of Jacksonville, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.